UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Daisy Bonilla**        Case No.:    **17-29226-JKS**

                                Chapter:     **7**

                                Judge:       **John K. Sherwood**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on December 19, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: | **13 – 15 Springdale Avenue, Newark, New Jersey** |
|---|---|
| | **Current Market Value of Property: $250,000.00**
**Estimated Cost of Sale: $25,000.00** |

| Liens on property: | **Bank of America – $401,347.00**
**Specialized Loan Servicing – $118,982.00** |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 17-29226-JKS
Daisy Bonilla                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: pdf905          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
```
db              Daisy Bonilla,    13-15 Springdale Avenue, 1st Floor,    Newark, NJ 07107
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517080490      +Avenue Yourself/Comenity Avenue,    P.O. Box 659584,    San Antonio, TX 78265-9584
517080494      +BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
517080491      +Bako Integrated Physician Solutions,    6240 Shiloh Road,    Alpharetta, GA 30005-8347
517080492      +Bako Pathology Services,    P.O. Box 740209,    Atlanta, GA 30374-0209
517080493      +Bank of America Home Loans,    P.O. Box 31785,    Tampa, FL 33631-3785
517080495      +Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517080497      +Chase Mtg,    P.O. Box 24696,    Columbus, OH 43224-0696
517080498      +Citibank/Home Depot,    P.O. Box 9001010,    Louisville, KY 40290-1010
517080499      +Citibank/Radio Shack,    Citicorp.Cent Bankruptcy,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
517080500      +Citibank/The Home Depot,    P.O. Box 790040,    Saint Louis, MO 63179-0040
517080501      +City of Newark/Water,    P.O. Box 64000,    Newark, NJ 07101-8068
517080503      +Clara Maass Medical Center,    Correspondence Address,    P.O. Box 9800,
                 Coral Springs, FL 33075-0800
517080504      +Comenity - Pier 1 Imports,    P.O. Box 659617,    San Antonio, TX 78265-9617
517080506      +Comenity Bank/Avenue,    P.O. Box 182125,    Columbus, OH 43218-2125
517080505      +Comenity Bank/Avenue,    P.O. Box 659584,    San Antonio, TX 78265-9584
517080507      +Comenity Bank/Pier 1,    P.O. Box 182125,    Columbus, OH 43218-2125
517080508      +Ear Nose & Throat of New Jersey,    115 N. Franklin Avenue,    Nutley, NJ 07110-2924
517080509      +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
517080510      +HSBC Bank Nevada N.A.,    Attn: Bankruptcy Department,    P.O. Box 5213,
                 Carol Stream, IL 60197-5213
517080511     ++INSULET CORPORATION,    600 TECHNOLOGY PARK DR,    SUITE 200,    BILLERICA MA 01821-4150
               (address filed with court:   Insulet Corporation,     600 Technology Park Drive Suite # 200,
                 Billerica, MA 01821)
517080512      +JH Portfolio Debt Equities,    5757 Phantom Drive Suite 225,    Hazelwood, MO 63042-2429
517080516      +Mullooly, Jeffrey, Rooney & Flynn LLP,    6851 Jericho TPKE Suite 220,    P.O. Box 9036,
                 Syosset, NY 11791-9036
517080517      #+Northland Group,    P.O. Box 129,    Thorofare, NJ 08086-0129
517080518      +Northland Group, Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
517080519      +PFS Group,    2600 North Loop W Suite 150,    Houston, TX 77092-8916
517080524      +PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517080520      +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road Suite 100,
                 Mount Laurel, NJ 08054-3437
517080522      +Premier Bankcard Inc.,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4824
517080523      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517080526      +Santander,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517080527      +Spec Loan Sv,    Attn: Bankruptcy,    P.O. Box 636005,    Littleton, CO 80163-6005
517080528      +Specialized Loan Servicing (SLS),    8742 Lucent Boulevard, Suite 300,
                 Littleton, CO 80129-2386
517080529      +State of New Jersey,    P.O. Box 207,    Trenton, NJ 08625-0207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 22:41:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 22:41:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:34
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517080496      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 22 2017 22:41:34
                 Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
517080502      +E-mail/Text: ebn@barnabashealth.org Nov 22 2017 22:42:07      Clara Maas Medical Center,
                 P.O. Box 29948,    New York, NY 10087-9948
517080513      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2017 22:41:39      Midland Credit Management, Inc.,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
517080514      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2017 22:41:39      Midland Funding, LLC,
                 2365 Northside Drive Suite # 300,    San Diego, CA 92108-2709
517080521       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2017 22:49:59
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd. Suite 100,    Norfolk, VA 23502
517080525      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:21      Sams Club/GEMB,
                 Attn: Bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
517080530      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:34      Syncb/Toys R Us,
                 P.O. Box 965005,    Orlando, FL 32896-5005
517082593      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517080531      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:51      Synchrony Bank/Jc Penneys,
                 Attn: Bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
517080532      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 22:49:34      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Nov 22, 2017
                               Form ID: pdf905          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517080534      +E-mail/Text: bnc-bluestem@quantum3group.com Nov 22 2017 22:42:19      WebBank,
                215 South State Street, Suite 1000,   Salt Lake City, UT 84111-2336
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517080533       Victor Rodriguez
517080515     ##+Montclair Radiology,   4 Brighton Road, Suite 200,   Clifton, NJ 07012-1665
                                                                                       TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,   nj45@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-3 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Wanda I. Nieves    on behalf of Debtor Daisy  Bonilla winlawoffice@gmail.com,
               vbankruptcy@gmail.com
                                                                                              TOTAL: 5
```