UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: _____
:
: Chapter: _____
:
: Judge: _____
Debtor(s) :
_____:

**CERTIFICATION OF NO OBJECTION**

I _____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ❑ Abandonment
- ❑ Public Sale
- ❑ Private Sale
- ❑ Settlement of Controversy
- ❑ Auctioneer Compensation

Description of Property (if applicable):

JEANNE A. NAUGHTON, Clerk

Date: _____  By: _____

*rev.2/10/17*